## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 11-80842-CV-MIDDLEBROOKS/JOHNSON

CARYN PINCUS,

     Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
d/b/a "Central Financial Control",
a foreign corporation,

     Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 9) ("Notice"), filed on August 17, 2011. I have reviewed the Plaintiff's Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(a). Plaintiff filed her Notice before Defendant served an Answer or filed a Motion for Summary Judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Notice of Voluntary Dismissal With Prejudice  (DE 9) is **GRANTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITH PREJUDICE** against Defendant;

2. All pending Motions shall be **DISMISSED AS MOOT**;

3. The Parties shall pay their own attorneys' fees and costs except as otherwise agreed by the Parties; and

4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _25_ day of

September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record